CHRISTINE M. BOOZE
Nevada Bar No. 7610
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com

*Attorney for Amarjit Singh Sahota and Jit Jot Inc.*

STEVE DIMOPOULOS
Nevada Bar No. 12729
JUSTIN ZARCONE
Nevada Bar No. 8735
DIMOPOULOS INJURY LAW
400 South 7th Street, Ste. 400
Las Vegas, Nevada 89101
Phone (702) 800-6000
Facsimile (702) 224-2114
JZA@stevedimopoulos.com

*Attorneys for plaintiff Dunia Vazquez-Guerrero*

WINNER & BOOZE
LAWYERS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DUNIA VAZQUEZ-GUERRERO, an individual,

Plaintiffs,

vs.

AMARJIT SINGH SAHOTA, individually; JIT JOT, INC.; a foreign business entity; DOE INDIVIDUALS 1-100, inclusive; and ROE COPORATIONS 101-200, inclusive,

Defendants.

CASE NO. 2:26-cv-01748-JAD-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between defendants AMARJIT SINGH SAHOTA and JIT JOT, INC. by and through their counsel of record, the law firm WINNER & BOOZE, and plaintiff DUNIA VAAQUEZ-GUERRERO by and through her counsel of record DIMOPOULOS LAW FIRM, that plaintiff's complaint be dismissed in its entirety with prejudice, and each party to bear their own costs, interest, and attorney's fees.

. . .

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter as of this date.

DATED this 27 day of October, 2026.

WINNER & BOOZE

Christine M. Booze
Nevada Bar No. 7610
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorney for Defendants*

DATED this 26 day of October, 2026.

DIMOPOULOS LAW FIRM

Steve Dimopoulos
Nevada Bar No. 12729
Justin Zarcone
Nevada Bar No. 8735
400 South 7th Street, Ste. 400
Las Vegas, Nevada 89101
*Attorneys for plaintiff*

# ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: October 28, 2026



WINNER & BOOZE LAWYERS